UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANGHUEI LIANG, et al., | No. 2:20-cv-02520-TLN-DB |
| Plaintiffs, | |
| v. | **ORDER** |
| STOCKTON POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiffs are proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 25, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. (ECF No. 9.) The thirty-day period has expired, and Plaintiffs have filed objections to the findings and recommendations. (ECF No. 14.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 25, 2021 (ECF No. 9) are adopted in full;

2. Plaintiff Kuanghuei Lang's December 21, 2020 application to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff Kuanghuei Lang's April 28, 2021 application to proceed in forma pauperis (ECF No. 5) is DENIED;

4. Plaintiff Wen Sun's April 28, 2021 application to proceed in forma pauperis (ECF No. 6) is DENIED;

5. Plaintiff Lijun Zhang's April 28, 2021 application to proceed in forma pauperis (ECF No. 7) is DENIED;

6. Plaintiffs' April 28, 2021 amended complaint (ECF No. 4) is DISMISSED without further leave to amend;

7. Plaintiffs' June 2, 2021 motion for further leave to amend (ECF No. 8) is DENIED; and

8. This action is closed.

DATE: February 24, 2022

_____
Troy L. Nunley
United States District Judge